JOHN A. JOHNSON CONTRACTING CORP., Respondent, v. MARYLAND CASUALTY COMPANY et al., Appellants. (Appeal No. 1.) — In an action to recover damages for breach of contract, defendants appeal from an order denying their

motion for judgment on the pleadings and admissions of the plaintiff under section 476 of the Civil Practice Act and rule 112 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.